**Dismissed and Memorandum Opinion filed September 9, 2014.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

### NO. 14-14-00555-CV

---

### LEON LAVIOLETTE, Appellant

### V.

### MICHAEL RUTHERFORD, Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-31571**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed May 20, 2014. The notice of appeal was filed July 7, 2014. To date, our records show that appellant has not paid the $195.00 appellate filing fee. See Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); see also; Tex. Gov't Code Ann. § 51.207.

On August 12, 2014, this court ordered appellant to pay the appellate filing fee on or before August 27, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. See Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Jamison and Donovan.